| **Fill in this information to identify your case:** | | |
|---|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF ARIZONA | | |
| Case number *(if known)* _____ Chapter **11** | | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Citation Northstar Center, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-4656142

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10446 N. 74th Street, Suite 200** <br> **Scottsdale, AZ 85258** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** <br> **Northstar Center Subdivision-SEC State Highway 2 & 57th St. NW Williston, ND 58801** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  **Citation Northstar Center, LLC**　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | ____ | When | ____ | Case number | ____ |
| District | ____ | When | ____ | Case number | ____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | ____ | | | Relationship | ____ |
| District | ____ | When | ____ | Case number, if known | ____ |

Debtor **Citation Northstar Center, LLC**     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Citation Northstar Center, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 14, 2018**
　　　　　　　MM / DD / YYYY

X **/s/ Larry Miller, Manager of Citation Communities Management LLC**
Signature of authorized representative of debtor

**Larry Miller, Manager of Citation Communities Management LLC**
Printed name

Title  **Manager of Citation Northstar Center, LLC**

**18. Signature of attorney**

X **/s/ Thomas H. Allen**
Signature of attorney for debtor

Date **August 14, 2018**
　　　MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen Barnes & Jones, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone  **602-256-6000**　　Email address  **tallen@allenbarneslaw.com**

**11160 AZ**
Bar number and State

Citation Northstar Center, LLC -

BILLION SUCCESS GRP LTD.
230 VICTORIA ST #11-08/09
BUGIS JUNCT TOWERS, SINGAPORE 188024
SINGAPORE

CITY OF WILLISTON
P.O. BOX 1306
WILLISTON ND 58802

CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE AZ 85254

FREDRIKSON & BYRON PA
P.O. BOX 1484
MINNEAPOLIS MN 55480

LEVICO INVESTMENT COMPANY LIMITED
230 VICTORIA STREET, #11-08/09
BUGIS JUNCT TOWERS, SINGAPORE 188024
SINGAPORE

LEVICO INVESTMENT COMPANY LIMITED
230 VICTORIA STREET, #11-08/09
BUGIS JUNCT TOWERS, SINGAPORE HK 188024
CHINA

LIBERTY MUTUAL INSURANCE
P.O. BOX 85834
SAN DIEGO CA 92186-5834

MATRIX EQUITIES, INC.
10446 N. 74TH STREET, SUITE 200
SCOTTSDALE AZ 85258

MICHAEL R. SMITH
11500 E. COCHISE DRIVE, #257
SCOTTSDALE AZ 85259

Citation Northstar Center, LLC -

MILLER EQUITIES, LLC
10446 N. 74TH STREET, SUITE 200
SCOTTSDALE AZ 85258


MONTANA-DAKOTA UTILITIES CO.
400 NORTH FOURTH STREET
BISMARCK ND 58501


NDRE EXP, LLC
P.O. BOX 6406
PEORIA AZ 85385


NORTHSTAR MASTER ASSOCIATION
10446 N. 74TH STREET
SCOTTSDALE AZ 85258


PHILLIPS AND JORDAN, INC.
ATTN: DUDLEY ORR
10201 PARKSIDE DRIVE, SUITE 300
KNOXVILLE TN 37922


SCORIA HOLDINGS COMPANY LTD.
230 VICTORIA ST #11-08/09
BUGIS JUNCT TOWERS, SINGAPORE 188024
SINGAPORE


TITANIUM BUILDERS, LLC AND/OR
TB EXCAVATION, LLC ATTN: T. JASON VEDADI
8800 RAINTREE, SUITE 145
SCOTTSDALE AZ 85258


WORLD TAX PARTNERS, LLP
P.O. BOX 723668
ATLANTA GA 31139


YAM CAPITAL, LLC
15475 N. 84TH STREET
SCOTTSDALE AZ 85260